```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A98-0101--CR (JWS)
                             "USA V CLIFFORD JOHNSON III"
                             DEF 1.1 JOHNSON, CLIFFORD III
```

Including terminated defendants, excluding terminated counsel

```
       Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                 Filed: 06/01/98
                Closed: 08/28/98
    No. of Defendants: 1
       MJ Case Number:
                  AKA:
       Location status: Fugitive
            Trial date:
            Terminated: YES
     Needs interpreter: NO
     Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 JOHNSON, CLIFFORD III
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 INF | 1 | 21:843(b) USE OF A TELEPHONE TO CONDUCT A DRUG TRANSACTION (F) | Sentenced (10-1) |
| 1 - 1 INF | 2 | 21:843(B) USE OF A TELEPHONE TO CONDUCT A DRUG TRANSACTION (F) | Sentenced (10-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A98-0101--CR (JWS)
                              "USA V CLIFFORD JOHNSON III"
```

For all filing dates

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 06/01/98
          Closed: 08/28/98
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/01/98 | [Re: DEF 1] PLF 1 Information. |
| 2 - 1 | 06/01/98 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 3 - 1 | 06/03/98 | [Re: DEF 1] JWS Order setting arr & entry of plea on 6/5/98 at 10:00 am; FPTC & TBJ in A98-0048 CR re: this def vacated.  cc: USA, H. Fleischer, Jury Clerk, PO, USM, MJ Branson, A98-0048 CR |
| 4 - 1 | 06/08/98 | [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] of arr & EOP held 06/05/98:  DEF advised of general rights, charges & penalites.  Waiver of Ind filed.  DEF pled guilty to counts 1 & 2 of the informaiton; Crt accepted plea & referred to PO for PSR.  IOS set for 08/27/98 at 9:00 a.m.  Detention continued.  Chages in A98-0048 CR to be dismissed at sentencing hearing. Crt deferred acceptance of plea agreement.  cc: USA, H. Fleisher, PO, USM |
| 5 - 1 | 06/08/98 | DEF 1 Waiver of indictment. |
| 6 - 1 | 08/18/98 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 7 - 1 | 08/20/98 | DEF 1 Sentencing Memorandum [presentence brief]. |
| 8 - 1 | 08/25/98 | [Re: DEF 1] JWS Minute Order that IOS previously set for 9am on 8/27/98 is hereby rescheduled to commence at 10:30 am on 8/27/98. cc:USA, Fleischer, USM, PO |
| 9 - 1 | 08/28/98 | [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] of IOS held 08/27/98:  DEF imprisoned for 48 months as to counts 1 & 2 to be served consecutively for total of 96 months; supervised release 1 yr; special assessment $200.00; Crt accepted plea agreement.  Case A98-0048 CR (JWS) dismissed.  Def remanded to USM. |
| 10 - 1 | 08/28/98 | [Re: DEF 1] JWS Judgment:  def pled guilty to counts 1 & 2 of the Info; def imprisoned for 96 months term cosists of 48 month as to ea of counts 1 & 2 to run consecutively; DEF remanded to USM.  Supervised release 1 yr; special assessment $200.00.  cc: USA, H. Fleischer, C. Johnson w/cnsl copy, Carmen, Finance, MJ Branson, USM, PO |
| 11 - 1 | 09/15/98 | [Re: DEF 1] Partial Transcript of IOS held 08/27/98. |
| NOTE - 1 | 09/15/05 | {SEALED} [Re: DEF 1] Issued WOA on 9/13/05. |
| 12 - 1 | 09/15/05 | {SEALED} [Re: DEF 1] JWS Order & pet for revoc of SR; pet referred to MJ for I/A/prel hrgs; evid hrg before MJ only upon consent. cc: USA, Def w/USM cy, USM, USPO, MJ Roberts |
| 13 - 1 | 09/15/05 | [Re: DEF 1] JDR Minute Order reassigning MJ referral to MJ Roberts in light of retirement of MJ Branson. cc: USA, H. Fleischer, USM, USPO, Judge Sedwick |