

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:            **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Johnson, Clifford III |
| DATE OF BIRTH: | 10/11/55 |
| CHARGE: | Violation of Supervised Release |
| CASE NUMBER: | 3:98-CR-0101 |
| PLACE HELD: | ACC-E |
| DATE OF ARREST: | 1/23/07 |
| TIME OF ARREST: | |
| PLACE ARRESTED: | ACC-E from Detainer |
| ARRESTED BY: | USMS |

REMARKS: This defendant has finished his State time and was released to us today on a detainer filed on 9/14/05.

BOOKED IN ENGLISH:     YES _____     NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.