MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   CLIFFORD JOHNSON III    CASE NO. 3:98-CR-00101-JWS
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:      JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:     CHAD WILTS / CAROLINE EDMISTION

UNITED STATES' ATTORNEY:   STEPHAN COLLINS

DEFENDANT'S ATTORNEY:   F. RICHARD CURTNER, M.J. HADEN APPOINTED

U.S.P.O.:               MIKE PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE TO REVOKE SUPERVISED RELEASE
             Held 1/25/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

 X Copy of Petition to Revoke Supervised Release was given to
defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name: SAME AS ABOVE.

 X Financial Affidavit filed; Federal Public Defender accepted
appointment; FPD notified.

 X Defendant DENIED Allegation  1 of the Petition to Revoke
Supervised Release.

 X Consent to be filed on or before **January 29, 2007**  or case
shall be transferred to U.S. District Judge.

 X Defendant detained; Order of Detention Pending Trial **FILED**.

At 9:42 a.m. court adjourned.


DATE: January 25, 2007     DEPUTY CLERK'S INITIALS: CLW/CME