# United States District Court
for the
## DISTRICT OF ALASKA

RECEIVED
JAN 2 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>Clifford Johnson III ) | Case Number: A98CR0101<br><br>WARRANT FOR ARREST |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Clifford Johnson III and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with one violation of his term of supervised release.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

9-13-05
Date

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at: Anchorage Jail.

| Date Received: 9/13/05 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 1/23/07 | John Olson DUSM | |