```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. <u>CLIFFORD JOHNSON, III</u>    CASE NO. <u>3:98-cr-00101-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>          JOHN W. SEDWICK                </u>

DEPUTY CLERK/RECORDER: <u>         APRIL KARPER                   </u>

UNITED STATES' ATTORNEY: <u>       STEPHAN COLLINS                </u>

DEFENDANT'S ATTORNEY: <u>          MJ HADEN                       </u>

U.S.P.O.: <u>                      MICHAEL PENTANGELO             </u>

PROCEEDINGS: (EVIDENTIARY) / DISPOSITION HEARING ON PETITION TO
             REVOKE SUPERVISED RELEASE HELD MARCH 30, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened.

<u>X</u> Defendant **ADMITTED** allegation <u>1 of the orally amended Petition</u>
   <u>to Revoke Supervised Release.                                   </u>

<u>X</u> FINAL DISPOSITION HEARING:

   <u>X</u> Supervised Release revoked.

   <u>X</u> Defendant imprisoned for a period of <u>12 months.         </u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> OTHER: <u>Court and counsel heard re defendant's unopposed oral  </u>
<u>motion to amend allegation 1 of the Petition to Revoke Supervised</u>
<u>to reflect "Fourth Degree Misconduct Involving a Controlled      </u>
<u>Substance" a "Grade B violation"; **GRANTED**. Appeal rights given.  </u>

At 8:53 a.m. court adjourned.


DATE: <u>    March 30, 2007     </u>   DEPUTY CLERK'S INITIALS: <u>  amk  </u>